|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-01063 CW |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SHELDON DEWAYNE JACKSON, a/k/a "Smokey," | ) | Date: January 13, 2010 |
| | ) | Time: 10:00 a.m. |
| | ) | Court: Hon. Laurel Beeler |
| Defendant. | ) | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Defendant Sheldon Dewayne Jackson appeared at a status conference before the Court on January 13, 2010. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from January 13, 2010 to January 25, 2010. The parties agreed, and the Court found and held, as follows:

1. Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to investigate and prepare for the trial of this matter, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-09-01063 CW                          1

1 | excluding the period from January 13, 2010 to January 25, 2010 from Speedy Trial Act
2 | calculations outweighs the interests of the public and the defendant in a speedy trial by allowing
3 | for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).
4 |     IT IS HEREBY ORDERED that:
5 |         With the consent of defendant Jackson, the period from January 13, 2010 to
6 | January 25, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of
7 | counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
8 |
9 | IT IS SO ORDERED
10 |
11 | DATED: January 15, 2010
12 |           /s/ Laurel Beeler
13 |           HONORABLE LAUREL BEELER
          United States Magistrate Judge
14 |
15 | Approved As To Form:
16 |
17 |   /s/                          /s/
  JAMES C. MANN                  EDWARD A. SMOCK
18 | Assistant United States Attorney     Counsel for Sheldon Dewayne Jackson
  Counsel for United States
19 |
20 |
...
28 | [PROPOSED] ORDER RE: TIME EXCLUSION
CR-09-01063 CW        2