IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-01063-01 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |
| v. | |
| SHELDON DEWAYNE JACKSON, | |
| Defendant. / | |

The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

Defendant Sheldon DeWayne Jackson's plea of guilty is accepted by the Court as to counts one and two of the information charging Defendant Sheldon DeWayne Jackson with knowingly and intentionally possessing with intent to distribute 4.5 grams of a mixture or substance containing cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and being a felon in possession of a firearm and ammunition in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).  Sentencing is set for April 14, 2010, at 2:00 p.m.  The Defendant is referred to the U.S. Probation Office

1  for preparation of a Presentence Report.

3  Dated:   2/10/10

                                            CLAUDIA WILKEN
                                            United States District Judge

cc:   U.S. Probation; LB; Wings